UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-61812-CIV-ALTONAGA/SIMONTON

MARIO DIAZ, OMAR VASQUEZ, ROBERTO GONZALEZ, ALEXI RUFIN, JONATHAN GUERRERO, FRANK NUNEZ, RENE CASIMIR, ROBERTO SERRANO, ISRAEL MORALES, ANDY FREEMAN, RAFAEL BELLO, ARMANDO PEREZ, ENRIQUE MEDEL, PEDRO GALINDO, NOEL MARTINEZ, JOSE BRIZUELA, ERNESTO NOGUERA, RAUL MOLINA, RAMON GONZALEZ, SANTIAGO PAEZ, CARLOS GARCIA, ERNESTO GARCIA, JOSE LUIS CABRERA.
        Plaintiffs,
vs.

AMERIJET INTERNATIONAL, INC.
        Defendant

## NOTICE OF SETTLEMENT

Come Now Plaintiffs, by and through undersigned counsel and hereby advise the Court that the Parties have been able to amicably resolve case.

Respectfully Submitted,

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

By:__/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013

**1** of **2**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Notice of Settlement was sent via CM/ECF to Joan Marie Canny, Esq., Amerijet International, Inc. , 2800 South Andrews Avenue, Fort Lauderdale, FL 33316, Fax: 305-423-3246, Email: jcanny@amerijet.com, Patrick F. Martin, Esq., Littler Mendelson, 2 S. Biscayne Boulevard, Suite 1500, One Biscayne Tower, Miami, Florida 33131, Fax: (305) 603-2552, Email: pfmartin@littler.com, Peter J. Petesch, Esq., Littler Mendelson PC, 1150 17th Street NW, Suite 900, Washington, DC 20036, Email: ppetesch@littler.com, Kevin Michael Kraham, Esq., Littler Mendelson, P.C., 11501 17th Street, NW , Suite 900, Washington, DC 20036, Email: kkraham@littler.com, Linda Noel, Esq., Littler Mendelson PC, 2 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131, Fax: (305) 418-7496, Email: lnoel@littler.com, on this 6th day of June 2012.

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

By:__/s/ Daniel T. Feld _____
      Daniel T. Feld, Esq.
      Florida Bar Number: 0037013