UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-61812-CIV-ALTONAGA/SIMONTON

MARIO DIAZ, OMAR VASQUEZ, ROBERTO )
GONZALEZ, ALEXI RUFIN, JONATHAN )
GUERRERO, FRANK NUNEZ, RENE CASIMIR, )
ROBERTO SERRANO, ISRAEL MORALES, )
ANDY FREEMAN, RAFAEL BELLO, )
ARMANDO PEREZ, ENRIQUE MEDEL, PEDRO )
GALINDO, NOEL MARTINEZ, JOSE BRIZUELA,)
ERNESTO NOGUERA, RAUL MOLINA, RAMON)
GONZALEZ, SANTIAGO PAEZ, CARLOS )
GARCIA, ERNESTO GARCIA, JOSE LUIS )
CABRERA. )
   Plaintiffs, )
  vs. )
    )
AMERIJET INTERNATIONAL, INC. )
   Defendant )
    )
    )
_____)

## MEDIATOR'S REPORT

Cindy Niad Hannah, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **June 6, 2012 @ 1:00 P.M.**

__X__ AN AGREEMENT WAS REACHED.

_____ The Agreement is attached with consent of the parties.

_____ NO AGREEMENT WAS REACHED; IMPASSE.

_____ The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/12, than this matter shall be deemed at an impasse.

_____ Other:

_____
Cindy Niad Hannah, Esq., Florida Bar No. 438545