UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-61812-CIV-ALTONAGA/SIMONTON

**MARIO DIAZ**, *et al.*,

    Plaintiffs,

vs.

**AMERIJET INTERNATIONAL, INC.**,

    Defendant.
_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL

Plaintiffs, Roberto Gonzalez, Omar Vasquez, Frank Nunez, Jonathan Guerrero, Jose Luis Cabrera, Roberto Leyva Serrano, Mario Diaz, Jose L. Brizuela, Rene Casimir, Carlos Garcia, Noe Elias Martinez, Pedro Galindo, Enrique Medel, Armando Perez, Ramon Gonzalez, Raul Molina, Ernesto Noguera, Santiago Gonzalez, Ernesto Lopez, Andy Freeman, Rafael Bello, and Israel Morales, (collectively, "Plaintiffs"), and Defendant Amerijet International, Inc., through their undersigned counsel, hereby file this Joint Stipulation For Final Order of Dismissal With Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.  The parties hereby jointly stipulate that the above matter against the Defendant may be DISMISSED WITH PREJUDICE.  The Parties shall bear their own fees and costs.

WHEREFORE, the Parties respectfully request that the Court enter an Order dismissing the instant action, with prejudice.

Dated:  July 6, 2012

Respectfully submitted,

| **J. H. ZIDELL, P.A.** | **LITTLER MENDELSON, P.C.** |
|---|---|
| By: /s/ Jamie H. Zidell | By: /s/ Patrick F. Martin |
| Jamie H. Zidell, Esq. | Patrick F. Martin |
| Florida Bar No. 10121 | Florida Bar No. 998729 |
| K. David Kelly, Esq. | Linda Noël |
| Florida Bar No. 123870 | Florida Bar No. 659606 |
| David L. Markel, Esq. | One Biscayne Tower |
| Florida Bar No. 078306 | 2 South Biscayne Boulevard, Suite 1500 |
| 300 71st Street, Suite 605 | Miami, FL  33131 |
| Miami Beach, FL  33141 | 305.400.7500 Tel |
| 305.865.6766 Tel | 305.603.2552 Fax |
| 305.865.7167 Fax | pfmartin@littler.com |
| zabogado@aol.com | lnoel@littler.com |
| davidmarkel11@gmail.com | |
| david.kelly38@rocketmail.com | |

                                                                                                 *and*

Peter J. Petesch, Admitted *pro hac vice*
Kevin M. Kraham, Admitted *pro hac vice*
1150 17th Street, N.W., Suite 900
Washington, DC  20036
202.423.2404 Tel
866.207.8485 Fax
kkraham@littler.com

| *Counsel for Plaintiffs* | *Counsel for Defendant Amerijet International, Inc.* |

Firmwide:112303083.1 069237.1001