UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-61812-CIV-ALTONAGA/SIMONTON

MARIO DIAZ, *et al.*,

        Plaintiffs,

vs.

AMERIJET INTERNATIONAL, INC.,

        Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Stipulation for Final Order of Dismissal (the "Joint Stipulation"), filed July 6, 2012 [ECF No. 154]. The Court having reviewed the Joint Stipulation and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that the Joint Stipulation for Dismissal with prejudice is **GRANTED**. This action is hereby dismissed, with prejudice, with each side to bear its own fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of July, 2012.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record